UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S. vs. Peter Guetti**                                     Docket No. 2:18-CR-13-1BO

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Peter Guetti, who, upon an earlier plea of guilty to Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), was sentenced in the District of Vermont by the Honorable William K. Sessions III, U.S. District Judge, on May 4, 2015, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 10 years.

Peter Guetti was released from custody on April 5, 2018, at which time the term of supervised release commenced in the Eastern District of North Carolina (EDNC).

On June 20, 2018, jurisdiction of the defendant's case was transferred to the EDNC.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a special condition of supervised release, Guetti was ordered to refrain from the use of a computer device with Internet access until a Computer Use Plan was developed and approved by his treatment provider and/or probation officer. On April 10, 2018, during the initial office visit, the undersigned probation officer informed the defendant he was prohibited from using a computer and cellular phone. Additionally, on May 23, 2018, after conferring with Guetti's sex offender treatment provider, the undersigned probation officer again informed the defendant his use of a computer and cellular phone were prohibited until further notice. However, on June 13, 2018, prior to his polygraph examination, Guetti admitted to the undersigned probation officer he used a computer without permission during a job interview on June 10, 2018. The defendant also admitted he used a computer without permission on June 11, 2018, and June 12, 2018, for the purpose of completing a typing test and searching for a new residence.

Although Guetti acknowledged he used a computer without authorization on multiple occasions, he ultimately passed the polygraph examination, and there were no indications he had viewed pornography, had sexual contact with any minors, or had been alone with any individuals under age 18 since the commencement of his supervised release. In consideration of this information and inasmuch as Guetti was verbally reprimanded for his conduct and reminded of the potential consequences of continued noncompliance, it is respectfully recommended he be continued under supervision without modification with respect to the violations. Notwithstanding, although the defendant is currently participating in sex offender treatment, it is respectfully recommended Guetti's supervised release be modified to include substance abuse and mental health treatment due to his history of prescription drug use abuse and mental health issues. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: June 26, 2018 |

### ORDER OF THE COURT

Considered and ordered this __27__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge